FILED
MAY 18 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Page 1 (HAND rev. 7/20)                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. *NEATLY* print in ink (or type) your answers.]

Jamson Coulter
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Lake county Jail of Indiana
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  2:22cv140
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br>Lake county Jail | 2293 North Main St<br>Crown point, In 46307 |
| 2 | [Put the names of any other defendants in these boxes.]<br>Lake county Community Corrections | 2600 west 93rd Ave<br>crown point, In 46307 |
| 3 | Lake county public defenders office | 2293 North Main St<br>Crown Point, In 46307 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? Lake county Community Corrections, 2600 west 93rd Ave, crownpoint, IN 46307

3. Did the event you are suing about happen there? ○ Yes. ● No, it happened at: Lake county jail, 2293 North main st, crownpoint, IN 46307

4. On what date did this event occur? 3/14/2022 - 3/24/2022

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                          page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Lake county jail held me hostage. The judge said I was to be released to Lake county Community Corrections on March 14 After completing a 2 week county jail term. I was held for a extra 10 days

2. Lake county community Corrections failed to come get me when they were supposed to. They said they were to come pick me up, however they did not

3. Lake county Public Defenders office Because they Arranged this Deal.

*[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?

○ Before I was confined.

○ While I was confined awaiting trial.

○ After I was convicted while confined serving the sentence.

◉ Other: _After I served my county sentence_

6. Have you ever sued anyone for this exact same event?

◉ No.

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

◉ No, this event is not grievable at this prison or jail.

○ Yes, I filed a grievance and attached is a copy of the response from the final step.

○ Yes, this event was grievable, but I did not file a grievance because _____

_I Filed A grievance, but lAke county would not do Anything, they even refused to give me A copy of the grievance_

8. If you win this case, what do you want the court to order the defendant(s) to do?

[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

_I want them to try And compensate me the time that I can never get bACk !."_

[Initial Each Statement]

_I.C_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

_I.C_ I will keep a copy of this complaint for my records.

_I.C_ I will promptly notify the court of any change of address.

_I.C_ I WILL NOT send more than one copy of any filing to the court.

_I.C_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.

_I.C_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _5_ / _16_/20_22_ at _10_ (am)/pm.

[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Signature _____          _M 3 1 1 3 1_
                                                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]