AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JAMSON COULTER

    Plaintiff

        v.                                    Civil Action No. 2:22-cv-140

LAKE COUNTY JAIL

LAKE COUNTY COMMUNITY CORRECTIONS

LAKE COUNTY PUBLIC DEFENDERS OFFICE

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge James T. Moody.

DATE: 12/7/2022  GARY T. BELL, CLERK OF COURT

by s/N. Corle
*Signature of Clerk or Deputy Clerk*